PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
MATTHEW DE MOURA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
May 08, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MANUEL TREJO, a.k.a. "Snupe," and TYSON GRIFFIN, <br><br> Defendants. | CASE NO. 2:24-CR-69-TLN <br><br> ORDER TO FILE REDACTED COPY OF INDICTMENT |

The government's motion to unseal the above-referenced case as to defendants Trejo and Griffin, to keep the indictment and any reference to the remaining defendant sealed, and to file a redacted copy of the sealed indictment is GRANTED.

Dated: May 8, 2024

_____
HON. CHI SOO KIM
United States Magistrate Judge

ORDER TO FILE REDACTED COPY OF INDICTMENT