IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MANUEL TREJO, a.k.a. "Snupe,"<br><br>                Defendant. | CR NO: 2:24-CR-69-TLN |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Manuel Trejo | |
| Detained at | Sierra Conservation Center | |
| Detainee is: | a.) | ☒ charged in this district by:    ☒ Indictment   ☐ Information   ☐ Complaint<br>charging detainee with:<br>21 U.S.C. §§ 846, 841(a)(1)    Conspiracy to distribute and possess with intent to distribute fentanyl and methamphetamine; distribution of fentanyl; distribution of methamphetamine |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary forthwith in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ *Emily G. Sauvageau* |
| Printed Name & Phone No: | Emily G. Sauvageau, (916) 554-2761 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☐ Ad Prosequendum     ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, forthwith, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 31, 2024

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Snupe | ☒Male    ☐Female | |
| Booking or CDC #: | CDCR # BV2788 | DOB: | 09/18/1998 |
| Facility Address: | 500 O'Byrnes Ferry Rd, Jamestown, CA 95327 | Race: | White, Hispanic |
| Facility Phone: | (209) 984-5291 | FBI#: | 297541TD6 |
| Currently Incarcerated | Yes – Sierra Conservation Center | | |

## RETURN OF SERVICE

Executed on: _____     _____
                                                                       (signature)