1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Trejo
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) Case No.  2:24-cr-69-TLN-1
                                    )
12          Plaintiff,               ) **STIPULATION AND ORDER TO CONTINUE**
                                    ) **STATUS CONFERENCE AND EXCLUDE TIME**
13     vs.                           )
                                    ) Date:  April 10, 2025
14 MANUEL TREJO.                    ) Time:  9:30 a.m.
                                    ) Judge: Hon. Troy L. Nunley
15          Defendants.              )
   _____  )

16     IT IS HEREBY STIPULATED and agreed by and between Acting United States

17 Attorney Michele Beckwith, through Assistant United States Attorneys Emily Grace Sauvageau

18 and Matthew de Moura, counsel for Plaintiff; and Federal Defender Heather Williams, through

19 Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Manuel Trejo that

20 the Status Conference currently set for April 10, 2025 at 9:30 be continued to May 1, 2025 at

21 9:30 a.m.

22     The parties specifically stipulate as follows:

23     1.    By previous order, this matter was set for a Status Conference to be held on April

24          10, 2025, at 9:30 a.m.

25     2.    Mr. Trejo moves for the Status Conference to be continued to May 1, 2025 at 9:30

26          a.m.

27

28

Stipulation and Order to Continue Status              -1-              *United States v. Trejo,*
Conference and Exclude Time                                            2:24-CR-69-TLN-1

3. To date, the government has produced 96 pages, 59 videos, and 12 audio files in discovery. It made an offer to Mr. Trejo on January 27, 2025.

4. Mr. Trejo requires additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial. Defense counsel is working his way through the audio/video files, many of which are more than half an hour long.

5. Mr. Trejo believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance request.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between April 10, 2025 and May 1, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and in a speedy trial.

//
//
//
//
//
//
//
//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 4, 2025 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Mr. Trejo |
| Date: April 4, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
|  | */s/ Emily G. Sauvageau*<br>EMILY G. SAUVAGEAU<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: April 4, 2025

_____
Troy L. Nunley
Chief United States District Judge