1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Trejo
7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        ) Case No. 2:24-cr-69-TLN-1
11                                  )
          Plaintiff,                ) **STIPULATION AND ORDER TO CONTINUE**
12                                  ) **JUDGMENT AND SENTENCING**
          vs.                       )
13                                  ) Date:  August 21, 2025
   MANUEL TREJO.                    ) Time:  9:30 a.m.
14                                  ) Judge: Hon. Troy L. Nunley
          Defendants.               )
15 _____ )

16         IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric

17 Grant, through Assistant United States Attorneys Kristin Scott, counsel for Plaintiff; and Federal

18 Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi,

19 counsel for Defendant Manuel Trejo that the Judgment and Sentencing currently set for August

20 21, 2025 at 9:30 be continued to September 4, 2025 at 9:30 a.m.

21         The parties specifically stipulate as follows:

22         1.    Mr. Trejo moves to continue the sentencing for compelling reasons. First, he

23               needs additional time to gather mitigation material. Second, he is housed at

24               Colusa County Jail (over an hour away from the Federal Defender office) which

25               makes it difficult for defense counsel to meet with him. Finally, Defense

26               counsel's Duty calendar responsibilities for the past two days have further

27               hampered his ability to consult with Mr. Trejo and prepare for sentencing.

28

Stipulation and Order to Continue Sentencing        -1-           *United States v. Trejo,*
                                                                  2:24-CR-69-TLN-1

Yesterday, defense counsel had to travel after-hours to visit Mr. Trejo due to Duty responsibilities. Today, defense counsel had an unanticipated Duty assignment due to Ms. Sinha's departure from the Federal Defender office. This is Mr. Trejo's first request to continue sentencing. It is a modest, two-week request.

2. Neither the government nor U.S. Probation object to the following modified sentencing schedule:

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | completed |
| **Final PSR** | completed |
| **Formal Objections** | completed |
| **Response to Formal Objections** | August 28, 2025 |
| **Judgment and Sentencing** | September 4, 2025 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 14, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Trejo

Date: August 14, 2025

ERIC GRANT
United States Attorney

*/s/ Ross Pearson* for
KRISTIN SCOTT
Assistant United States Attorney
Attorneys for Plaintiff

2:24-CR-69-TLN-1

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 17, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE